FILED

2013 OCT -3  PM 12: 55

**THE U.S. DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

BY _____
DEPUTY

JUDGE FRANK MONTALVO

| | |
|---|---|
| NOEMI FRANCO, | ) CASE NO. _____ |
| Plaintiff, | ) JUDGE: _____ |
| vs. | ) **EP13CV0313** |
| THE CITY OF EL PASO, TEXAS. Is being sued as a person | ) COMPLAINT FOR DEPRIVATION OF ) RIGHTS UNDER 42 U.S.C. §1983, ET SEQ.; ) COMPENSATORY DAMAGES and ) PUNITIVE DAMAGES |
| JOSE A.  KLUGE, In his individual and official capacities | ) |
| OSCAR MARTINEZ, In his individual and official capacities | ) |
| MICHAEL LARA In his individual and official capacities | ) DEMAND FOR TRIAL BY JURY |
| Defendants, | |

### INTRODUCTION & OPENING STATEMEMT

This is an action brought by Plaintiff against State Officials, in their respective roles and in their individual capacities and their Corporation of political subdivision, who, while acting under the color of law, did willfully and with intent deter, suppress, or otherwise breach some rights of Plaintiff guaranteed and protected by the Federal Constitution, particularly the 1st, 4th, 5th, 6th, 8+th, and 14th Amendments.

### I.   JURISDICTION and VENUE

1.     This action arises under 42 U.S.C. §1983 (Civil Action for Deprivation of Rights), 1985, 1986, and 1988. The jurisdiction of this court is founded on federal question jurisdiction, 28 U.S.C. §1331, this court also has original jurisdiction pursuant to 28 U.S.C. §1343.

2. Venue is proper because all events giving rise to Plaintiffs' causes of action occurred within this district, as provided in 28 U.S.C. § 1391(b)(2).

## II. PARTIES

3.     Plaintiff, NOEMI FRANCO, herein after "Plaintiff", at all times relevant herein, was domiciled in the city of EL PASO, TEXAS but now lives in Anthony, New Mexico. Plaintiff, further, is licensed to practice Real Estate in the State of California.

4.     Plaintiff is informed and believes that defendant JOSE A. KLUGE, hereinafter "JOSE" is some level of EL PASO SEARGENT under the authority of the EL PASO COUNTY DISTRICT COURT and, as such, was at all times relevant to this action, acting while an employed, compensated, enriched and rewarded employee for the COUNTY OF EL PASO, a political subdivision organized and existing under the laws of the State of Texas. JOSE A. KLUGE is being sued in his individual and official capacities.

5.     Plaintiff is informed and believes that defendant OSCAR MARTINEZ, hereinafter "OSCAR" is some level of EL PASO COUNTY DETECTIVE under the authority of the EL PASO COUNTY DISTRICT COURT and, as such, was at all times relevant to this action, acting while an employed, compensated, enriched and rewarded employee for the COUNTY OF EL PASO, a political subdivision organized and existing under the laws of the State of Texas. "OSCAR" is being sued in his individual and official capacities.[1].

---

[1] An official capacity suit is, in all respects other than *name*, to be treated as a suit against the entity for which the officer is an agent. Kentucky v. Graham, 473 U.S. 159, 166 (1985)

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages

6. Defendant City of El Paso, Texas herein "El Paso" at all times relevant in this complaint was and is a Municipal Corporation of the State of Texas, responsible for compensating, enriching, rewarding and not properly training public servants.   Defendant City of El Paso, Texas is being sued as a "person".

6.   Plaintiff is informed and believes that defendant "MICHAEL LARA", hereinafter "MICHAEL" is some level of EL PASO COUNTY DETECTIVE under the authority of the EL PASO COUNTY DISTRICT COURT and, as such, was at all times relevant to this action, acting while an employed, compensated, enriched and rewarded employee for the COUNTY OF EL PASO,   a political subdivision organized and existing under the laws of the State of Texas. "MIKE" is being sued in his individual and official capacities.

## GENERAL FACTUAL ALLEGATIONS

1.   On or about Wednesday, June 19, 2013 at approximately 4:00 p.m., Plaintiff, a State of California Licensed Real Estate Agent, and her husband Dean Franco received a telephone called by a "client" requesting an estimate about our granite business and also requested that Plaintiff and her husband go to a specific address, in order to confer about installation and prices.   Upon arrival, Plaintiff and her husband Dean Franco were inside their vehicle peacefully waiting for the "alleged" prospective client, outside Petro, 1295 Horizon Blvd., El Paso, Texas 79927 where Plaintiff was being a passenger at that time.

2.   Suddenly, "JOSE", "MICHAEL", AND "OSCAR" along with other males who were at no point identified "ambushed" and obstructed Plaintiff's vehicle, "JOSE" approached the passenger side of Plaintiff's vehicle and started "ordering" Plaintiff to step out of her vehicle, which Plaintiff decline, several times.   "JOSE", repeatedly continued to "order" Plaintiff to step out of her vehicle.

3

3.      Plaintiff inquired as to what she was being charged and who the complainant was?. "JOSE" at no time presented any document to Plaintiff demonstrating any lawful order granting the reasonable seizure of Plaintiff person and personal property. "JOSE" continually reply " We don't have to show you or tell you anything, and if you don't step out of your vehicle I will pull you (Plaintiff) out by force, I will count to three, and you better step out, because I will pull you (Plaintiff) out by force!.

4.      Plaintiff refused to step out of her vehicle several times "stating" unless you (Defendants) "show me required elements of Law" "I will not step out of my vehicle", Plaintiff repeatedly requested "JOSE's" certified copy of his oath of office, surety bond, complaint and affidavit under oath from the complainant, warrant for Plaintiff and Plaintiff's husband arrest and required elements of Law.  "JOSE" refused and ignored Plaintiff's requests, "stating" We (defendants) don't have to show you anything, proceeded to count to three and pulled her out of her (Plaintiff's) vehicle by force dislocating her right shoulder and bruising her right arm.

5.      Simultaneously, Plaintiff looked over to see "MICHAEL", and "OSCAR"  ordering Plaintiff's husband (being the driver) to step out of the vehicle, whom humbly obeyed and agreed to the detectives orders.  (Defendants) proceeded to place plaintiff's husband's  hands behind his back, handcuffed  him and then escorted him inside one of the private vehicles they (Defendants) were driving, where there was lack of ventilation, no air conditioner inside the car, windows rolled up, about 103° degrees outside.

6.      Plaintiff's husband suffers from serious health conditions, which are: (high blood pressure, diabetes, and arthritis. Then, minutes later "JOSE" looked and approached Plaintiff's face and said to her "You see! Look at you husband, he is smart, he is being quiet, he is not asking questions, like you, "!you ask a lot of questions!"

4

7.      "JOSE' was visibly irritated and upset because Plaintiff was demanding "JOSE"'s Oath of office, Surety bond,  warrant for Plaintiff and Plaintiff's husband's arrest and required elements of law. "JOSE" never showed  said documents to Plaintiff or Plaintiff's husband then, "JOSE" repeated  to Plaintiff he didn't have to show her anything.

8.      Raising his voice louder "JOSE' advised Plaintiff, " I am going to record you"! Ok.? Once JOSE was ready to record, then proceeded to ask her in an authoritative tone " how many times did I have to ask you to step out of your vehicle"?" How many times"? "Why did I have to ask you many times?" "Why did you try to lock your door? Why,? Why,?. Plaintiff acting nervous, asked in response, "Once, two, times! maybe more, I don't know! And I didn't know who you were, that is why I tried to lock my vehicle's door.

9.      After "JOSE" finished recording the conversation, Then Plaintiff questioned "JOSE" "Can I record you also? with sarcasm "JOSE" responded "Ja, ja are you ready to record me? (Plaintiff is handcuffed at this point).

10.      Out of fear Plaintiff informed "JOSE" she is a lawyer and advise him "I will see you in Federal Court, I know my constitutional protected rights and your conduct is  unreasonable, consequently "I will sue you for deprivation of Rights under Title 42 U.S.C. § 1983. "JOSE" replied "!ho,ho,!,  is it title 5, 1983? !O! Well, "I got a few of those lawsuits going on right now, Plaintiff replied!, No, it is not Title 5, 1983, It is Title 42 U.S.C. § 1983.

11.      Approximately, an hour passed and "MICHAEL" approached  Plaintiff from a distance showing her a warrant,  stating "look,!! look," " we don't have to show you anything but, look", this is the warrant!  Plaintiff was unable to read said warrant from where Plaintiff was being detained and apprehended by "JOSE" and another male.

12.     At this point, Plaintiff noticed "MICHAEL" was inside Plaintiff's vehicle searching her vehicle, personal documents and personal belongings, removing all items from Plaintiff's vehicle, purse and wallet," MICHAEL" then, gave all Plaintiff's documents to "JOSE".

13.     "JOSE" continued to ask (Plaintiff) several questions (for about an hour) about her personal documents from the State Bar Association and other legal documents inside Plaintiff's purse. Plaintiff at that moment noticed "MICHAEL" was inside Plaintiff's vehicle and was driving Plaintiff's vehicle in order to place it in a towing truck AD Towing and Recovery.

14.     Plaintiff's husband, (Dean Franco) observed everything that was happening from inside the Defendants private vehicle where he was being detained and apprehended, under the Defendant's custody, where Plaintiff's husband was being suffocated for lack of ventilation , no air conditioner inside the private vehicle, 103° degrees temperature outside. After, approximately two hours, Plaintiff was escorted inside the detective's vehicle where she was able to talk to her husband. Plaintiff and plaintiff's husband were transported to the Sheriff's Station at 3850 Justice Drive.

15.     Once at the Sheriff's Station, "JOSE" and "MICHAEL" continued being argumentative, harassing Plaintiff, and again searching and researching Plaintiff's personal belongings and purses. "JOSE" and "MICHAEL" removed all business cards, including Plaintiff's driver's license and other private documents. Defendants "JOSE and "MICHAEL" asked Plaintiff several questions, about a phone number (inside Plaintiff's purse) from the Texas Bar association, Plaintiff couldn't remember what most of the business cards inside Plaintiff's purse were all about, which that fact made "JOSE" upset and irritated.

16.     Plaintiff was requesting and pleading to "JOSE" and "MICHAEL" to let her keep her nicer purse because she had purchase it two days earlier, !they decline!, to later advise Plaintiff "We are keeping your nicer purse "as evidence". Plaintiff inquired Defendants and requested

6

1    about    Defendant's business cards (presentation cards) which they provided.  Next, Plaintiff

2    kept quiet and said nothing else.

3    17.    At this point, Plaintiff was being interrogated by detective ALAN GURTLER, whom

4    now and then was interrupted by "JOSE" and "MICHAEL" observing and  asking Plaintiff

5    some more questions about paperwork inside her purse, Plaintiff was asked to sign some forms

6    about her detainment, (Plaintiff was not aware of what she was signing).

7

8    18.    Approximately,  two  or  three  hours  later,  Plaintiff  and  Plaintiff's  husband  were

9    transported to downtown El Paso, Texas at Myrtle Street to stand in front of a Magistrate

10   Judge, so the Judge could read Plaintiff and Plaintiff's husband  Miranda rights.  But minutes

11   before entering the building and standing before the Magistrate Judge, Defendant "OSCAR"

12   "ordered"  Plaintiff and Plaintiff's husband  "not to ask any questions" ,(to the Judge) "just to

13   be quiet", and "not to speak", "don't say anything", "only listen to the Judge, because it is

14   getting late and we have to rush to the County jail.

15

16   19.    Plaintiff and Plaintiff's husband were transported and escorted to the County jail where

17   Plaintiff noticed husband was not looking and  feeling well, later husband advised  Plaintiff "

18   when he (Dean Franco) was inside the detective's vehicle, he couldn't breath very well, he was

19   being suffocated   inside the Defendants private vehicle where he was being detained and in the

20   Detective's custody.   He (Dean Franco) was hitting the vehicle windows with his head,  he was

21   being suffocated for lack of ventilation, or air conditioner inside the vehicle and was screaming

22   for aid, (!nobody noticed him at that moment!)

23

24   20.    Once in the County Jail, Plaintiff's  husband  received advise from the County jail nurse,"

25   she advised Plaintiff's husband (Dean Franco) and stated that" "his blood pressure is too high",

26   he couldn't be booked or stay in jail, he should go to the hospital, next, "nurse" and Plaintiff

27

28

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages

requested and pleaded to Defendant "OSCAR" if he could override him,(Plaintiff's husband)

because his blood pressure is too high. 350/180 mmHg.

Minutes later, Plaintiff questioned Defendant "OSCAR" "who is going to be

responsible for my husband's health and life? "he (Dean Franco) is in need of going to the

hospital and he is under your custody?.    " Defendant "OSCAR" replied without remorse " he
(Dean Franco) is going to get out of jail any way.

21.    An hour later Plaintiff noticed Plaintiff's husband being transported to Thomason

Hospital, where he would be treated for high blood pressure, diabetes and arthritis. Plaintiff

was concern and afraid for Plaintiff's husband's health and life.

22.    Plaintiff was incarcerated for approximately fourteen hours, spent the night in jail, where

Plaintiff was served bread and oatmeal the next morning.    At approximately 9:30 a.m.

Plaintiff's youngest daughter Brianna Franco posted (excessive bail) a $ 10,000.00 Dlrs. bail

bond for each (Plaintiff and Plaintiff's husband) E.Z. Bond Co.    The same day Plaintiff was

released from custody and her inventoried items returned.

23.    Plaintiff was unable to recuperate her vehicle from the towing place AD, Towing and

Recovery until Saturday 22, 2013.    Then, Plaintiff noticed all of her paperwork and personal

belongings upside down inside her vehicle. Plaintiff also remembers having some money

inside her vehicle, which Plaintiff never recovered. Plaintiff paid $150.00 Dlrs. In order to get

her vehicle returned to her.    Days after that, Plaintiff would call Defendant OSCAR

MARTINEZ every day, for five days in order to recuperate plaintiff's purse and personal

belongings, which at this point, said items were at the Detectives possession, " as evidence".

24.    Defendant "OSCAR" later advised Plaintiff and Plaintiff's husband to go ahead and call

Detective  "MICHAEL", he was in possession of Plaintiff's personal belongings, (for more than

eight days, MICHAEL read and search Plaintiff's affects and papers).  two days later Plaintiff

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages

communicated with "MICHAEL" and said to him, "I would like to have my purse, papers, affects and personal belongings returned to me please", he ("MICHAEL") agreed and advise Plaintiff to go ahead and hire a Lawyer as soon as possible because she was going to need one (Lawyer). "MICHAEL" requested Plaintiff to go ahead and come by the Sheriff's Office to pick up said items. Plaintiff also informed "MICHAEL" "I love my public servants, but you people (Detectives) habitually violate the rights of the people.

## COUNT I

### (42 .U.S.C. § 1983; Deterring, Suppressing, or breaching freedom of speech)

25.  Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 24 above and incorporates the same as if set forth in full.

26. Plaintiff, while being peacefully sitting inside Plaintiff's vehicle in company of her husband, waiting for an "alleged" client, was arrested and deterred from speaking in questioning Defendant Officer JOSE A. KLUGE, requesting documents and specific elements of Law, requests were reasonable and not intrusive or offensive in any way. Had Plaintiff not so acted, speaking, Plaintiff would not have been subjected to the punishment and rights violations of JOSE A. KLUGE, MICHAEL LARA AND OSCAR MARTINEZ. Defendants JOSE A. KLUGE, MICHAEL LARA AND OSCAR MARTINEZ specific to this deterring of speech committed acts that extended beyond a "mere chilling" of, but clearly violated Plaintiff's First Amendment rights and clearly established law. Further, said acts were committed pursuant to a custom, practice or policy or a failure to train as to deter these rights violations by these sergeants/detectives, and that County sergeants/detectives in service of this County are deterring and suppressing the speech of individuals absent any violation of law.

27. As further direct result of the conduct of Defendants as set forth in this Count, Plaintiff has suffer odium, emotional distress including but not limited to, frustration, anger, and anxiety, all to her injury in the amount of $250,000.00.

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages

WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally.

## COUNT II

### (42 U.S.C. § 1983; Unreasonable seizure of Plaintiff's person)

28.  Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 27 above and incorporates the same as if set forth in full.

29.  Plaintiff was unreasonably seized in her person by "JOSE", "MICHAEL", and "OSCAR" and arrested absent probable cause, warrant, court order, or any exigent circumstances that could in any way warrant any reasonable person to affect such a seizure of Plaintiff.   Seizure of Plaintiff's person was also motivated by Plaintiff's requests of required elements of law. "JOSE", "MICHAEL" AND "OSCAR" acted with a retaliatory animus against Plaintiff, as a motivating factor to punish Plaintiff in retaliation for an Affidavit of no foundation that was sent in response  to Defendant "OSCAR" on May 16, 2013 by Plaintiff.    Plaintiff was deprived of her liberty therefrom.

30.    Defendants "JOSE", "MICHAEL" AND "OSCAR" specific to this count, made an unreasonable seizure committed acts that clearly violated Plaintiff's Fourth Amendment rights and clearly established law.  Further said acts were committed pursuant to a custom practice or policy.

31.    As a further direct result of the conduct of Defendants as set forth in this Count, Plaintiff has suffer odium, emotional distress including but not limited to, severe depression, frustration, anger, loss of self worth, humiliation and loss of sleep, all to her injury in the amount of $250,000.00.

WHEREFORE Plaintiff prays for Punitive and General Damages against Defendants jointly and severally.

## COUNT 111

**(42. U.S.C. § 1983; Unreasonable Seizure of Plaintiff's property without Due process)**

Plaintiff' repeats and re-alleges the allegations contained in paragraphs 1 through 31 above and incorporates the same as if set forth in full.

32.  Defendants "JOSE", "MICHAEL" AND "OSCAR" unreasonable seized Plaintiff's affect, "wallet, purses, Real Estate License from the State of California, personal identifications and Plaintiff's vehicle, absent any due process of law.  Defendants "JOSE" "MICHAEL" AND "OSCAR" specific to this unreasonable seizure of plaintiff's affect "wallet, purse Real Estate License from the State of California, personal identification and Plaintiff's vehicle" committed acts that clearly violated Plaintiff's Fourth, Fifth and Fourteenth Amendment rights and clearly established law.  Further, said acts were committed pursuant to a custom practice or policy.

33. As a further direct result of the conduct of defendants as set forth in this Count, Plaintiff suffered emotional distress included but not limited to odium, severe depression, frustration, anxiety, anger, loss of self worth, humiliation and  loss of sleep, all to her injury in the amount of $250,000.00

WHEREFORE Plaintiff prays for punitive and General Damages against the Defendants jointly and severally.

## COUNT 1V
**(42 U.S.C. § 1983; Unreasonable Search of Plaintiff's Affects)**

34.   Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 33 above and incorporates the same as if set forth in full.

35.  Plaintiff's property, including her purse, wallet, and vehicle were unreasonable reached by Defendants "JOSE", "MICHAEL" and "OSCAR".  Specific to this unreasonable search of Plaintiff's effects committed acts that clearly violated Plaintiff's Fourth Amendment rights and clearly established law.  Further, said acts committed pursuant to a custom practice or policy.

11

36.     As a further direct result of the conduct of defendants as set forth in this Count, Plaintiff has suffer odium, emotional distress including but not limited to, severe depression, frustration, anger, loss of self worth, humiliation and loss of sleep, all to her injury in the amount of $250,000.00

WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally.


## COUNT V

**(42.S.C. § 1983; Unreasonable Seizure of Plaintiff's Affects and papers)**

37.     Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 though 36 above and incorporates the same as if set forth in full.

38.     Defendants "JOSE", "MICHAEL" AND "OSCAR" unreasonable seized Plaintiff's affects including her purse, wallet and papers.

39.     Defendants "JOSE", "MICHAEL" AND "OSCAR" specific to this unreasonable seizure of Plaintiff's affects committed acts that clearly violated Plaintiff's Fourth and Fourteenth Amendment rights and clearly established law.  Further, said acts were committed pursuant to a custom practice or policy.

40.     As a further direct result of the conduct  of Defendants as set forth in this Count, Plaintiff suffered emotional distress included but not limited to odium, severe depression, frustration, anxiety, anger, loss of self worth, humiliation and loss of sleep all to her injury in the amount of $150,000.00

WHEREFORE Plaintiff prays for Punitive and general Damages against the defendants jointly and severally.


## COUNT VI

**(Assault and Battery)**

41.   Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 40 above and incorporates the same as if set forth in full.

42.   Defendant "JOSE", AND "MICHAEL" did intentionally and offensively contact Plaintiff's body and did handcuff Plaintiff thereby gaining physical control over Plaintiff and did, thereby, assault and batter Plaintiff.

WHEREFORE Plaintiff prays for Punitive and general Damages against the Defendants jointly and severally, for Tortious Battery.

## COUNT V11

### (Negligence)

43.   Plaintiff's repeat an re-alleges the allegations contained in paragraphs 1 through 75 above and incorporates the same as if set forth in full.

44.   Defendants "JOSE", "MICHAEL" AND "OSCAR", have a legal duty to prevent and refrain from conduct that deters, suppresses, or otherwise breach Plaintiff Constitutionally protected rights and clearly established law regarding how public servants conduct themselves with respect to the people and citizens of these United States.

45.   Because of the foregoing , Defendants were the actual and proximate cause of all injury suffered by Plaintiffs.

WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally, for Tortious Negligence.

## COUNT V111

### (False Imprisonment)

46.   Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 45 above and incorporates the same as if set forth in full.

47.   Defendants "JOSE" "MICHAEL" AND "OSCAR" physically held, and authorized to be held, Plaintiff with the intention of keeping her in confinement and there was no possibility of escape for Plaintiff.

48.   WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally, for Tortious False Imprisonment.

## COUNT 1X

### (Intentional Infliction of Mental Distress)

49.   Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 83 above and incorporates the same as if set forth in full.

50.   Defendants conduct was grossly unreasonable, and as a direct and proximate result of their actions Plaintiff has sustained substantial emotional distress from the unreasonable search and seizure and the assault and battery.

WHEREFORE Plaintiff prays for Compensatory and Punitive Damages against the Defendants jointly and severally, for the Tort of Intentional Infliction of Mental Distress.

WHEREFORE Plaintiff prays for Punitive and General Damages against the defendants jointly and severally, for the Tort of Intentional Infliction of Mental Distress.

**WHEREFORE,** Plaintiff prays for relief against Defendants, and each of them, as follows:

## AS TO COUNT 1-V

a)   For general damages against defendants JOSE, MICHAEL AND OSCAR in their individual and official capacities in the amount $1,500,000.00   For Plaintiff's husband Dean Franco $1,000,000.00

b)   For punitive damages against the appropriate Defendants in the amount of $1,500.000.00 For Plaintiff's husband  Dean Franco $1,000,000.00

c)   For compensatory damages against the appropriate Defendants in the amount of $2,000,000.00  For Plaintiff's husband Dean Franco $2,000.000.00

## AS TO COUNT V-1X

d) For general damages against defendants JOSE, MICHAEL AND OSCAR in the amount of $1,500,000.00 or as allowed by law. For Plaintiff's husband Dean Franco $1,500,000.00 or as allowed by law.

e) For punitive damages in the amount allowed by law. For Plaintiff's husband Dean Franco $1,500,000.00 or as allowed by law.

f) Reasonable legal costs & fees, along with costs of suit; and,

g) Such other relief as this Court may find to be just and proper.

## DEMAND FOR TRIAL BY JURY

## I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE

## AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED this _30_ day of _Sept._, 2013

_____
Original Signature
925. 525. 5004
Noemi Franco
1141 Boundary Street
Anthony, New Mexico 88021

*In Proper Person*

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

COUNTY OF DONA ANA ) AFFIDAVIT
STATE OF NEW MEXICO ) ss PAGES: 2

I Hereby Certify That This Instrument Was Filed for
Record On   JUL 16, 2012 01:22:36 PM
And Was Duly Recorded as Instrument #   1217167
Of The Records Of Dona Ana County

Noemi Franco
1141 Boundary St.
Anthony, N.M. 88021

Witness My Hand And Seal Of Office,
Lynn J. Ellins, County Clerk, Dona Ana, NM

Deputy          Reena Rodriguez

## AFFIDAVIT OF STATUS OF NOEMI FRANCO

STATE OF NEW MEXICO )
                     ) ss
COUNTY OF DONA ANA )

Comes now, Noemi Franco, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that Noemi Franco, has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of Noemi Franco knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and live in El Paso, Texas, in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of Noemi Franco's God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a

1

lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment there from.

Further, Affiant sayeth naught.

Signature _____      7/14/2012
          ~~Dean~~Franco                          July 14, 2012
                  Noemi Franco

State of New Mexico

County of Sandoval

Subscribed and sworn to (or affirmed) before me on this 14 day of July, 2012 by Dean Franco, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____

Notary Public

4 - 6 - 2013

My Commission xpires

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "B"**

*Exhibit*

**DECEPTIVE BUSINESS PRACTICE**

NO.  20130C09118

STATE OF TEXAS

   VS

NOEMI FRANCO
132 FESTIVAL DR APT B
EL PASO, TX  79912

ALSO HAS ADDRESS
1141 BOUNDARY ST.
ANTHONY, NEW MEXICO 88021

WARRANT NO.:
**OUTSTANDING WARRANT**

DOB:   9/28/1959

(  )      SUMMONS REQUESTED

COMPLAINT FILED IN THE

___C C P 1___
OF EL PASO COUNTY, TEXAS,
ON
AT                O'CLOCK,            .M.

DEPUTY COUNTY CLERK
EL PASO COUNTY, TEXAS

FILED FOR RECORD
IN MY OFFICE
2013 AUG 12  PM 5:33
COUNTY CLERK
EL PASO COUNTY, TEXAS

Offense Code:    26990048       Deceptive Trade Practice
Applies to all counts

**DECEPTIVE BUSINESS PRACTICE**

NO.  20130C 09118

# COPY

STATE OF TEXAS

     VS

NOEMI FRANCO
132 FESTIVAL DR APT B
EL PASO, TX  79912

ALSO HAS ADDRESS
1141 BOUNDARY ST.
ANTHONY, NEW MEXICO 88021

WARRANT NO.:
**OUTSTANDING WARRANT**

DOB:   9/28/1959

( )     SUMMONS REQUESTED

COMPLAINT FILED IN THE

    C C P t
OF EL PASO COUNTY, TEXAS,
ON
AT                 O'CLOCK,          .M.

DEPUTY COUNTY CLERK
EL PASO COUNTY, TEXAS

Offense Code:     26990048          Deceptive Trade Practice
Applies to all counts

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, I, _____, DO
SOLEMNLY SWEAR THAT I HAVE GOOD REASON TO BELIEVE AND DO BELIEVE THAT
HERETOFORE, TO WIT, ON OR ABOUT

OCTOBER 4, 2012

IN THE COUNTY OF EL PASO, STATE OF TEXAS

NOEMI FRANCO

DID THEN AND THERE IN THE COURSE OF BUSINESS, DOING BUSINESS AS A JOME
REMODELER, INTENTIONALLY, KNOWINGLY AND RECKLESSLY COMMIT A DECEPTIVE
BUSINESS PRACTICE IN CONNECTION WITH THE SALE OF PROPERTY AND SERVICES TO
PABLO FERNANDEZ, BY SELLING, AND THEN BY DELIVERING AFTER THE SALE, LESS THAN
THE REPRESENTED QUANTITY OF PROPERTY OR SERVICES; TO WIT: SOLD GRANITE TO
PABLO FERNANDEZ AND THEN FAILED TO DELIVER GRANITE TO PABLO FERNANDEZ AS
REPRESENTED.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____<br>AFFIANT

SWORN TO AND SUBSCRIBED BY AFFIANT BEFORE ME THE UNDERSIGNED AUTHORITY, ON
_____8 5 13_____, 2013.

_____<br>ASSISTANT COUNTY ATTORNEY<br>FOR EL PASO COUNTY,<br>STATE OF TEXAS

DECEPTIVE BUSINESS PRACTICE

NO. 20130C0 9118

STATE OF TEXAS

VS

NOEMI FRANCO
132 FESTIVAL DR APT B
EL PASO, TX  79912

ALSO HAS ADDRESS
1141 BOUNDARY ST.
ANTHONY, NEW MEXICO 88021

WARRANT NO.:
NA

DOB:  9/28/1959

( )     SUMMONS REQUESTED

INFORMATION FILED IN THE

_____CCU_____

OF EL PASO COUNTY, TEXAS,
ON
AT              O'CLOCK,       .M.

DEPUTY COUNTY CLERK
EL PASO COUNTY, TEXAS

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, CLINTON CROSS, ASSISTANT COUNTY ATTORNEY IN AND FOR THE COUNTY OF EL PASO, STATE OF TEXAS, PRESENTS TO THE _____ OF EL PASO COUNTY, TEXAS, IN AND FOR SAID COUNTY, AT ITS JULY TERM A. D. 2013 THAT ON OR ABOUT

OCTOBER 4, 2012

IN THE COUNTY OF EL PASO, STATE OF TEXAS

NOEMI FRANCO

COUNT ONE

DID THEN AND THERE IN THE COURSE OF BUSINESS, DOING BUSINESS AS A JOME REMODELER, INTENTIONALLY, KNOWINGLY AND RECKLESSLY COMMIT A DECEPTIVE BUSINESS PRACTICE IN CONNECTION WITH THE SALE OF PROPERTY AND SERVICES TO PABLO FERNANDEZ, BY SELLING, AND THEN BY DELIVERING AFTER THE SALE, LESS THAN THE REPRESENTED QUANTITY OF PROPERTY OR SERVICES; TO WIT: SOLD GRANITE TO PABLO FERNANDEZ AND THEN FAILED TO DELIVER GRANITE TO PABLO FERNANDEZ AS REPRESENTED.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT COUNTY ATTORNEY
FOR EL PASO COUNTY,
STATE OF TEXAS

No. 2013-01967B

**SUPPLEMENTAL REPORT**  

*El Paso County Sheriff's*                                    OCA  *201301967*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Investigator: *Martinez, Oscar    2085*          Date / Time: *06/13/2013 14:26:56*          *Thursday*
Contact:                                         Reference: *ARREST SUPPLEMENT*

COMPLAINT AFFIDAVIT

EL PASO COUNTY, TEXAS

THE STATE OF TEXAS
COUNTY OF EL PASO

COURT NO. Mlo2l3-Ol85

Filing Agency: El Paso Sheriff's Office
Offense Report #: 2013-01967
Date of offense:  10-04-2012

Defendant Name: NOEMI FRANCO      Date of birth: 09-28-1959
Offense:          Deceptive Business Practice, 32.42

IN THE NAME AND AUTHORITY OF THE STATE OF TEXAS BEFORE ME, the undersigned authority, on this day personally appeared Det. Oscar Martinez, #1104, who after being me duly sworn, on oath deposes and says that he has good reason to believe and does believe that heretofore to wit: on or about the 4th day of October, 2012 and before the filing of this complaint in the County of El Paso, the State of Texas, one NOEMI FRANCO, 09-28-1959, Hereinafter called the DEFENDANT, did then and there unlawfully, commits the offense of deceptive business practice in the course of business by intentionally, knowingly, recklessly, or with criminal negligence commits one or more of the following deceptive business practices by representing that a commodity or service is of a particular style, grade, or model if it is of another; advertising property or service with intent: not to sell it as advertised, or not to supply reasonably expectable public demand, unless the advertising adequately discloses a time or quantity limit; representing the price of property or service falsely or in a way tending to mislead; making a materially false or misleading statement of fact concerning the reason for, existence of, or amount of a price and making a materially false or misleading statement: in an advertisement for the purchase or sale of property or service, a Class A misdemeanor.

FACTS IN SUPPORT:
On October 3, 2012, the victim located an advertisement on `Craigslist` in which the sellers, the defendant and co-defendant, who appeared to be husband and wife, offered remodeling services. He called them on the phone and told the defendant that he was looking for someone to put granite in his kitchen and bathroom in his home at 13401 Boots Green, El Paso County TX. The Craigslist website was titled "http://www.francogranite.com" The victim contacted the defendant and co- defendant, using the information provided, (925) 525-5004 and (925) 250-4343.) The defendant and co- defendant agreed to visit his house for the purpose of providing a "free" estimate.

On October 3, 2012, the defendant and co- defendant, who identified themselves by name, arrived at his residence to conduct a free estimate. The co- defendant took the measurements for the granite work and estimated the price of $1,200.00 dollars to remodel the kitchen and $500.00 to remodel the bathroom. Both the defendant and co-defendant showed him granite samples and he picked two of the samples. He agreed upon this price and paid the defendant $300.00 dollars as a deposit and she gave him a receipt numbered 002013. The co- defendant gave the victim a business card with the advertised name of Colonial Carpet Distributing LLC, www.Francogranite.com with California cellphone numbers and no local address.

R_Supp3                                                    Page 1 of 2



**SUPPLEMENTAL REPORT**

*El Paso County Sheriff's*                                         OCA  *201301967*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On October 4, 2012, the victim called them back and spoke to the defendant. He advised her that he only wanted the bathroom remodeled for the agreed upon price. He also spoke to the co- defendant as well and the co- defendant became frustrated. The co- defendant gave him a new price to complete the bathroom alone as $600.00 dollars. He agreed to the new price with them and asked them to begin work immediately.

Days went by and they never showed to begin the work, so the victim made multiple attempts to contact them to determine when they would arrive to begin the work. The victim told them that he was going to file a criminal complaint and was told that it was a civil problem and not a criminal offense. Weeks and then months began to pass and they would not answer their telephone. To this date, the victim have not had the granite work done by them nor have they returned his money.

Affiant called the defendant for an interview and she told him that it was a civil problem and not a criminal offense. The defendant also sent a letter to Affiant, stating that the complaint was not made under oath, not supported by an affidavit, that she could not be compelled, manipulated or tricked and provided a list of fines caused by crimes by government officers.

On 06-12-2013, the victim was shown six photos of males and he identified the defendant. He was also shown six photos of females and identified the co- defendant.

Affiant requests an arrest warrant for deceptive business practice, a Class A misdemeanor.


Against the peace and dignity of the State.

_____
                                          Affiant

Sworn to and subscribed before me, and filed in this court, this the ___ day of ___ June ___, 2013___
Probable Cause for issuance of Warrant found.

_____
Judge,
 El Paso Justice Ct. Pct___ # ___
Of El Paso County, Texas

1
2
3
4
5
6
7
8
9
10
11
12

**EXHIBIT "C"**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EL PASO COUNTY SHERIFF'S DEPARTMENT
## VEHICLE IMPOUND INVENTORY

Date: 06-20-13   Ofc. _____ 7693   Case #: 0969

Charge: _____ Loc. 1345 Horizon

Driver: Franco Dono

Owner: Franco Nani (Barbara, Jaime)

Yr. 08   Make: ___   Model: AMG   Style: 4D

Color: Red   VIN: WDDGF54X38R638685

Lic. #: CM3-G094   State: TX   Year: 2013

Wrecker Svc.: AD wrecker

Time: 1600 L.   Sheriff's Hold:   YES / ~~NO~~   Why: _____

Check if on vehicle/indicate number of items.

| | | | | | |
|---|---|---|---|---|---|
| Battery | 1 | Windows | 4 | Heater | |
| Engine | 1 | Doors | | Clock | 1 |
| Trans. | 1 | Mirrors | | Lighter | |
| Tires | 4 | Rims | | Antenna | |
| Seats | | Hubcaps | | Radio | |
| Keys | | Spare | 1 | Jack | |

Tire Tool _____   Mileage 104,833

Damage: _____

Notes: _____

_____

_____

_____

_____

_____

Item(s) removed from vehicle: _____

_____

Disposition of occupants: In custody

Warrant/Citation #: _____

Wrecker Driver: _____

SHERIFF'S 132-59   REV. 02/08/08

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "D"**

## AFFIDAVIT OF NOEMI FRANCO

STATE OF TEXAS          )

                                )   ss

COUNTY OF EL PASO     )

Comes now, Noemi Franco, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. Affiant is a natural person ( see attached ) and at no time has been employed nor in the service of any Federal or State government or agency thereof specific to this matter .

2. Affiant has not been provided with any document, contract, agreement, or other such writing by any legally authorized representative from any corporation or any first hand material fact witness that affiant was involved with any corporation specific to this matter.

3. Affiant has not been presented with any affidavit and a lawfully binding contract or agreement that demonstrates Affiant, as a natural person, knowingly and voluntarily agreed to enter into the subjection of any administrative agency, administrative rules, administrative codes, or administrative statues in the State of Texas, specific to the CORPORATIONS CODE or any codes related to this Statutorial Jurisdiction.

4. Affiant has not been presented with any agreement or contract from any legally authorized party from any specific administrative agency existing pursuant to the Texas Administrative Procedures Act, including any agency thereof, that demonstrates that Affiant has voluntarily waived any of her constitutionally guaranteed rights pursuant to the federal Constitution and that any such waiver was lawfully done with Affiants signature, with sufficient awareness of Affiant of the relevant circumstances and consequences of any waver.

5. Affiant has not been accused by any lawfully sworn affidavit or any other accusatory instrument that Affiant waived her right to contract with any other Natural Persons.

6. Affiant has not been accused by any Lawfully Sworn affidavit or any other accusatory instrument that Affiant, as a Natural Person, pursuant to any contract between any other Natural Persons caused any injury to any other Natural Person specific to this matter.

7. Affiant has not been accused via lawfully sworn affidavit or any other accusatory instrument by any first hand material witness that Affiant by her actions has caused injury to any party in keeping with any agreement or contract.

8. Affiant has not been accused via sworn affidavit or any other accusatory instrument by any first hand material fact witness of unlawfully applying or unlawfully using any funds.

9. Affiant has not been allowed at any time to face any accuser nor has the nature of this and cause of any charges been presented to Affiant specific to this matter as required per Affiant's guaranteed 6th. And 14th. Amendment protections of the Federal Constitution.

10. Affiant has only been presented with documents bringing charges unsupported by any lawfully sworn affidavit or accusatory instrument from any first hand material fact witness alleging any injury of relevant party specific to this matter.

11. Affiant notices that the complaint in this matter is not sworn under oath before any lawfully recognized party.

12. Affiant notices that the complaint in this matter is not supported by any affidavit from any first hand material fact witness alleging any injury.

Further, Affiant sayeth naught.


_Noemi Franco_                              05/15/2013
Noemi Franco                                Date


State of TEXAS
County of EL PASO

Subscribed and Sworn to ( or affirmed ) before me on this 15th. day of May, 2013. By Noemi Franco,  proved to me on the basis of satisfactory evidence to be the person who appeared before me.


_Miguel Villalobos_
Notary Public

> MIGUEL VILLALOBOS, JR.
> Notary Public, State of Texas
> My Commission Expires
> July 09, 2017

(Domestic Mail Only; No Insurance Coverage Provided)

EL PASO TX 79938

| | | | | |
|---|---|---|---|---|
| Postage | $ | $1.32 | 0093 | |
| Certified Fee | | $3.10 | 09 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.55 | | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | | |
| Total Postage & Fees | $ | $6.97 | 07/08/2013 | |

7011 2000 0000 8025 0332

Sent To OScAr MArtinez detective

Street, Apt. No.; or PO Box No. 3850 Justice Dr.

City, State, ZIP+4 El Paso TX 79938

Affidavit of Events
**EXHIBIT "E"**

I have the Original, Copy and Notarized.

Noemi Franco Aguilar
1141 Boundary St.
Anthony, New Mexico, 88021

AFFIDAVIT OF NOEMI FRANCO
STATE OF NEW MEXICO                )
                                   )  *ss*
COUNTY OF DONA ANA                 )

Comes now, Noemi Franco, Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states she she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

1. Your Affiant, Noemi Franco, was traveling being a passenger with her husband Dean Franco, peacefully parked outside Petro, 1295 Horizon Blvd, EL Paso, Texas 79927

2. Your Affiant and her husband Dean Franco were visiting clients for estimates about our granite business. We were waiting for a client for an estimate.

3. On or about Wednesday, June 19, 2013 JOSE A. KLUGE, MICHAEL LARA, and OSCAR MARTINEZ along with other males, who were at no point identified, "ambushed Affiant and Affiant's husband, obstructed, blocked, and parked in front of our vehicle

4. JOSE A. KLUGE proceeded to order Affiant to step out of her vehicle, which Affiant declined several times. JOSE A. KLUGE continued to" order" Affiant to step out of her vehicle several times. Affiant was demanding repeatedly  to be presented with JOSE A. KLUGE 's Oath of office, Surety bond,  warrant for Affiant and Affiant's husband arrest.

5. JOSE A. KLUGE told Affiant repeatedly he didn't have to show her anything. Affiant requested, the complaint from the complainant,  affidavits from the applicant under Oath. JOSE KLUGE told Affiant repeatedly he didn't have to show her anything, Affiant kept demanding the warrant for her  and husband's arrest. JOSE A. KLUGE told Affiant he was going to count to three and if she didn't step out of her vehicle, he (JOSE) would pull her out of her vehicle by force.

6. Affiant replied and told JOSE he would have to pull her out of her vehicle by force because Affiant was not going to step out of her vehicle unless, she is presented with the required elements of law.

7. JOSE A. KLUGE refused and ignored Affiant's requests, proceeded to count to three and pull Affiant out of her vehicle by force dislocating Affiant's right shoulder and bruising her right arm.

8. Simultaneously, Affiant looked over to see MICHAEL LARA and OSCAR MARTINEZ ordering Affiant's husband (being the driver) to step out of the vehicle, whom humbly obeyed and agreed to the detective's orders.

9. MICHAEL LARA and OSCAR MARTINEZ  proceeded to place Affiant's husband hands behind his back, handcuffed him and then escorted him inside one of the private vehicles they (Detectives) were driving, where there was lack of ventilation, no air conditioner inside the vehicle, about103° degrees outside.

10. Affiant's husband suffers from serious health conditions, which are: (High blood pressure, diabetes, and arthritis. Then minutes later JOSE A. KLUGE approached Affiant's face and

said to her, look at your husband, he is smart, he is being quiet, he is not asking any questions.

11. JOSE A. KLUGE was visibly irritated because Your Affiant, Noemi Franco, was demanding to see the warrant for affiant and Affiant's husband's arrest and required elements of law.

12. Your Affiant, Noemi Franco, made several attempts to make JOSE A. KLUGE, MICHAEL LARA AND OSCAR MARTINEZ understand they were in violation of many of her God granted rights. Approximately an hour passed, and finally MICHAEL LARA showed Affiant a warrant from far away, Affiant couldn't see anything, MICHAEL LARA yelled at her "see!!! here is the warrant" Affiant couldn't see anything.

13. Raising his voice louder JOSE A. KLUGE advised Affiant, " I am going to record you Ok.? Once JOSE A. KLUGE was ready to record, then proceeded to ask Affiant in an authoritative tone of voice, how many times did I have to ask you to step out of your vehicle? How many times? Why did I have to ask you many times?.

14. After JOSE A. KLUGE finished recording the conversation, then Affiant questioned JOSE "Can I record you also? with sarcasm JOSE replied "jaja" are you ready to record me? Your Affiant was handcuffed at this point. Out of fear Affiant told JOSE she is a lawyer and she knows the law.

15. Your Affiant, Noemi Franco, noticed MICHAEL LARA was inside Affiant's vehicle searching her vehicle, personal documents and personal belongings, removing all items from Affiant's vehicle, purse and wallet, MICHAEL LARA then, gave all Affiant's documents to JOSE.

16. Affiant turned around and noticed MICHAEL LARA was inside Affiant's vehicle and was driving it to place it in a towing truck AD Towing and Recovery.

17. Your Affiant, Noemi Franco, did notice her husband Dean Franco was handcuffed, with his hands behind him, and did not look like he was feeling well, Detective OSCAR MARTINEZ had placed her husband Dean Franco inside one of the private vehicles they(detectives) were driving, lack of ventilation, without air conditioner inside the vehicle, and with a temperature of 103° degrees outside. Affiant's husband suffers from serious health conditions which are: high blood pressure, diabetes and arthritis. Affiant's husband, Dean Franco was watching everything that was happening from inside the private car. (Dean Franco is Affiant's witness)

18. By then, when JOSE KLUGE AND OSCAR MARTINEZ finally took Affiant inside the detective's vehicle, where Affiant's husband was being detained and apprehended.

19.  Affiant was able to speak to Affiant's husband whom, he was not feeling well, Then, Affiant and Affiant's husband were transported to the Sheriff's station 3850 Justice Drive, where JOSE KLUGE AND MIKE LARA continued to harass and oppress Affiant, by being rude and mean to her.

20. Once in the Sheriff's station, again JOSE KLUGE AND MICHAEL LARA   search and research Affiant's purses,  removed all business cards, including Affiant's driver's License and other private documents.

21. Your Affiant requested and pleaded to JOSE AND MICHAEL LARA to let her keep her nicer purse because she had purchase it two days earlier, ! they decline!! To later advise Affiant "We are keeping your nicer purse "as evidence".

22. Affiant kept quiet, and said nothing else.

23. Your Affiant, Noemi Franco, and her husband Dean Franco, were transported to Downtown El Paso, Texas at Myrtle Street to stand in front of Magistrate Judge, but before going in front of the Judge, Detective OSCAR MARTINEZ " order us" to be quiet, to not to say anything to the judge, to not to ask any questions, just to be quiet, and not to speak.

24. Your Affiant, Noemi Franco, and her husband were escorted to the County jail, when Affiant noticed husband Dean Franco talking to the nurse, whom was very concerned about Affiants's blood pressure, it was very high, 350/180mmHg, Affiant heard the nurse asking detective OSCAR MARTINEZ if he could override him because her Affiant's husband couldn't be booked, his blood pressure was very high.

25. Your Affiant, Noemi Franco, then questioned Detective OSCAR MARTINEZ about who was going to be responsible for her husband's health? Affiant's husband Dean Franco was in need to go to the hospital, Affiant was informed by the County jail nurse, her husband shouldn't be booked because of his high blood pressure, it was very high because he was left inside the Detective's car for more than 40 minutes, without proper ventilation no air conditioner inside the detective's vehicle , and no help of any kind. 103° degrees temperature outside.

26. Your Affiant, Noemi Franco, was pleading to Detective OSCAR MARTINEZ for Affiant's husband's health and life. Detective OSCAR MARTINEZ without remorse booked him anyway, approximately an hour later, Affiant noticed husband was taken to the hospital, Thomason Hospital.. Affiant was afraid and concern for husband's health and life. Affiant's husband's life was in danger under the detectives custody.

27. Your Affiant, Noemi Franco, was incarcerated for approximately fourteen hours, spent the night in jail, where Your Affiant was served bread and oatmeal the next morning.

28. Your affiant, Noemi Franco, and husband, Dean Franco, paid excessive bail in order to get out of jail. $10,000.00 Dlrs. Bond each, (Affiant and Affiant's husband. The same day Affiant was released from custody and her inventoried items returned.

29. Your Affiant, Noemi Franco, and husband Dean Franco were treated harshly in the hands of Detectives JOSE A. KLUGE, OSCAR MARTINEZ AND MICHAEL LARA in retaliation to an affidavit of no foundation that was sent by your Affiant, Noemi Franco, to Detective OSACR MARTINEZ approximately two or three weeks before the arrest.

30. Your Affiant, Noemi Franco, was unable to recuperate Affiant's vehicle from the towing place AD Towing and Recovering until Saturday 22, 2013 and noticed all her papers and personal belongings were upside down inside her vehicle.

31. Your Affiant, Noemi Franco, called Detective OSCAR MARTINEZ every day, for four days concerning her purse they kept "as evidence" in her case, he informed Affiant, Detective MICHAEL LARA was in possession of her purse, and private documents to go ahead and call him.

32. Your Affiant, Noemi Franco, paid $150.00 Dlrs. Approximately in order to get her vehicle returned to her, then, Affiant remembered AffiantI had some money inside her vehicle, the money was never recovered.

33. Your Affiant, Noemi Franco, later communicated with MICHAEL LARA in order to recuperate her purses, personal belongings and private papers, Affiant requested said items and MICHAEL LARA agreed and advise Affiant to go ahead and hire a lawyer as soon as possible because she was going to need one.

34. MICHAEL LARA requested Affiant to come by the Sheriff's Office to pick up said items. Affiant also informed MICHAEL LARA " Affiant loves her public servants but, you people (Detectives) habitually violate the rights of the people. Your Affiant, Noemi Franco, has been lawfully violated in accordance with the United states Constitution, Bill of Rights, Amendment's I, IV, V, VI, VIII, and IX.

Signature _____   Date: 06-27-2013
                    Noemi Franco


State of _____
County of _____
Subscribed and sworn to (or affirmed) before me on this _____day of_____, 2013 by Noemi Franco, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



_____ (Seal)
Notary Public

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "F"**



# JO ANNE BERNAL
## COUNTY ATTORNEY

**EL PASO COUNTY TEXAS**
**COUNTY COURTHOUSE**
**500 E. SAN ANTONIO, ROOM 503**
**EL PASO, TEXAS  79901**

**(915) 546-2050**
**FAX:  (915) 546-2133**

July 19, 2013

NOEMI FRANCO
132 FESTIVAL DR APT B
EL PASO, TX  79912

**RE:    Consumer Complaint filed by PABLO FERNANDEZ**

Dear MS FRANCO:

This office has received a complaint filed against you or your business (El Paso Police Case Number: 2013-01967-B).  The complaint is being evaluated to determine if the Deceptive Business Practice Statute has been violated.

Texas law provides that an individual who commits a deceptive business practice receive a maximum punishment of one (1) year in jail and a $4,000.00 fine.  Texas law also provides that if a corporation or association commits a deceptive business practice, a penalty of both imprisonment and a maximum fine of $10,000.00 may be imposed.  Alternatively, the Court may impose a maximum fine of double the amount gained or losses caused by the association, whichever is less.

As a matter of courtesy, we are bringing this matter to your attention to allow you the opportunity to provide this office with any additional or contrary information. If you choose to respond to this letter, please send your response in writing to this office in a timely manner.

Sincerely,

Margie Medina
Paralegal

CC:mm

# COUNTY COURT ADMINISTRATION
### EL PASO COUNTY COURTHOUSE
### 500 E. SAN ANTONIO – ROOM 302
### EL PASO, TEXAS 79901

**TODAYS DATE:** June 28, 2013

**STATE OF TEXAS**
**VS**

**DEAN GREGORY FRANCO**
**DATE OF BIRTH: 11/25/61**
**ADDRESS:1141 BOUNDRY ST**
~~CHAPARRAL~~, NM 88021
Anthony

**CHARGE: DECEPTIVE BUSINESS PRACTICE**
**BONDSMAN  E-Z III**
**BOND AMT: 10,000.00**
**REL. DATE: 06/21/13**

**SO NUMBER :     9559474**
**WARRANT #: M6213-0126**
**ARREST DATE:    06/20/13**
**JAIL ID # :9570433**

YOUR CASE IS **NOT FILED** AND WE **CANNOT** SET A **COURT HEARING**. A COURT DATE WILL BE **MAILED** TO YOU ONCE THE CASE IS **FILED.**

SU CASO **NO ESTA ARCHIVADO**. NO LE PODEMOS DAR CITA DE CORTE.  QUANDO SU CASO **ESTA ARCHIVADO** LE MANDAMOS CITA **POR CORREO**.

REVISED: 3/10/2010

# COUNTY COURT ADMINISTRATION
### EL PASO COUNTY COURTHOUSE
### 500 E. SAN ANTONIO – ROOM 302
### EL PASO, TEXAS  79901

**TODAYS DATE:**  June 28, 2013

**STATE OF TEXAS**
**VS**

**NOEMI FRANCO**
**DATE OF BIRTH:  09/28/59**
**ADDRESS:1141 BOUNDRY ST**
~~CHAPARRAL~~, NM 88021
*Anthony*

**CHARGE:  DECEPTIVE BUSINESS PRACTICE**
**BONDSMAN   E-Z III**
**BOND AMT: 10,000.00**
**REL. DATE: 06/21/13**

**SO NUMBER :     9559471**
**WARRANT #: M6213-0125**
 **ARREST DATE:    06/20/13**
 **JAIL ID # :9570431**

YOUR CASE IS **NOT FILED** AND WE **CANNOT** SET A **COURT HEARING**.  A COURT DATE WILL BE **MAILED** TO YOU ONCE THE CASE IS **FILED.**

SU CASO **NO ESTA ARCHIVADO**. NO LE PODEMOS DAR CITA DE CORTE.  QUANDO SU CASO **ESTA ARCHIVADO** LE MANDAMOS CITA **POR CORREO**.

REVISED: 3/10/2010



STATE OF TEXAS

Vs.

NOEMI FRANCO

DATE MAILED: August 21, 2013
CASE NO.: 20130C09118
BONDSMAN: EZ BAIL BONDS
ATTORNEY:

Charge:  DECEPTIVE TRADE PRACTICE
    ARRAIGNMENT/PRE-TRIAL has been scheduled in the above styled and numbered cause on September 11, 2013.  You and your attorney are to report to COUNTY CRIMINAL COURT NUMBER ONE, 7TH FLOOR ROOM 705, 500 E. San Antonio Street, El Paso, Texas at 1:30 PM.  If you fail to appear, a WARRANT will be issued for your arrest.

<u>ALMA TREJO</u>
JUDGE

ESTADO DE TEXAS

Vs.

NOEMI FRANCO

NUMERO DE CASO: 20130C09118
AFIANZADOR:
ABOGADO:

Acusacion:  DECEPTIVE TRADE PRACTICE
    Este caso esta citado en la Corte de Leyes Criminal Numero Uno el September 11, 2013 a las  1:30 PM, 500 E. San Antonio Street, 7TH FLOOR/ROOM 705, El Paso, Texas.  Falta de presentarse resultara en ORDEN DE ARRESTO.

<u>ALMA TREJO</u>
JUEZ

NOEMI FRANCO
132 FESTIVAL DR APT B
EL PASO TX  79912



836 E. Redd Rd
El Paso, Texas 79912
(915) 845-4060 Fax (915) 845-4065

Noemi Franco
1141 Boundary St.
Anthony, NM 88021

Dear Ms. Franco,

We want to offer you a warm welcome to our clinic and thank you for choosing Border Therapy Services.  We hope that the attention you receive is to your satisfaction.

We strive to provide the utmost excellence in physical therapy care and to achieve great results with all of our patients.

We want to provide you with outstanding service in all areas of your therapy experience, including any concerns about scheduling, insurance and financial arrangements.

We would appreciate you communicating with us regarding your progress and any additional issues you wish us to address.

We look forward to helping you achieve your goals.

Sincerely,

Paige Farrell, MPT
Paige Farrell, PT
Patient Representative



**2280 Trawood** • El Paso, TX 79935
915-595-3535 • Fax 915-595-3922
**836 E. Redd Rd. Ste. B** • El Paso, TX 79912
915-845-4060 • Fax 915-845-4065
**4242 Hondo Pass • Suite 110** • El Paso, TX 79904
915-751-0599 • Fax 915-751-0559

**Mark Boncser, MSPT, OCS, FAAOMPT • Danny Gonzalez, PT, OCS • David Rachel, PT • Kristan Holloway, DPT**
**Joaquin Santillan, MPT, FAAOMPT • Paul Garrido, MPT • Christa Brinjas, MPT • Jesus Vasquez, PTA**

Patient's Name: _Franco  Noemi_     Date: _9/5 - 13_

Diagnosis: ☒Right ☐Left _shoulder & upper back pain_

Frequency: (1–2) 3 4 5 x/wk     Duration: 1 2 3 4 5 (6) x/wk

☐**Evaluate and Treat**
☐**Aquatic Therapy**     ☐Follow _____ Protocol

**Modalities:**
☐Electrical Stimulation
☐Ultrasound
☐Traction
☐TENS
☐Paraffin Bath
☐Iontophoresis/Phonophoresis
☐Cryotherapy
☐Moist Heat

**Procedures:**
☒Therapeutic Exercise
☒Back Stabilization/Rehab
☐Neck Rehabilitation
☒Postural Rehabilitation
☒Shoulder Rehabilitation
☐Elbow Rehabilitation
☐Wrist/hand Rehabilitation
☐Hip Rehabilitation
☐Knee Rehabilitation
☐Ankle Rehabilitation
☐Massage
☐Joint Mobilization
☐Soft Tissue Mobilization
☐Gait Training
☐Home Program

**Evaluations:**
☐AMA Impairment Meas.
☐Muscle Test
☐Pinch Test
☐Grasp Test
☐Rom Measurements

**Home Units/Supplies**
☐Tens Rental
☐Cervical Traction Kit
☐Shoulder Pulley
☐Theraband
☐Theraputty
☐Misc. _____

Specific Instructions: _____

_____

I certify that therapy is Medically necessary.

Physician's Signature: _____



# Border Therapy Services

**2280 Trawood, El Paso TX 79935**
**Ofc: 915-595-3535 Fax: 915-595-3922**

**836 E Redd Rd Ste B, El Paso TX 79912**
**Ofc: 915-845-4060 Fax: 915-845-4065**

**4242 Hondo Pass, Suite 110, El Paso TX 79904**
**Ofc: 915-751-0599 Fax: 915-751-0559**

**Date:** _8/2/13_

**This is to certify that** _Naemi Franco_ **was seen in**

**our office for physical therapy treatment on** _8/2/13_ .

**If you have any questions regarding appointments please**

**feel free to contact our office.**

**Sincerely,**

_(signature)_

**David Rachel, PT**      **Mark Bonscer, MSPT**      **Danny Gonzalez, PT, OCS**      **Paul Garrido, PT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**EXHIBIT "G"**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DEPUTATION & OATH OF OFFICE

THE STATE OF TEXAS

COUNTY OF EL PASO

I, Richard D. Wiles, Sheriff of the County of El Paso and the State of Texas, having full confidence in MICHAEL LARA of said County and State, do hereby nominate and appoint the said MICHAEL LARA my true and lawful deputy, in my name, place and stead, to do and perform any and all acts and things pertaining to the office of said Deputy Sheriff of said County and State, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue hereof.

Witness my hand this ___ day of January 2013.

JAMES PATRICK BELKNAP, JR.
NOTARY PUBLIC
In and for the State of Texas
My commission expires
04-26-2016

Sheriff of El Paso County, Texas

Sworn to and subscribed before me, this ___ day of January 2013.

JUDGE or Notary Public

I, MICHAEL LARA, do solemnly swear (or affirm) that I have not directly nor indirectly paid, offered, or _____ promised to pay, contributed nor promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.

MICHAEL LARA                Date 1/7/2013

I, MICHAEL LARA, do solemnly swear (affirm) that I will execute the duties of Deputy Sheriff of the State of Texas, and will do the best of my ability to preserve, protect and defend the Constitution and laws of the United States and of this State, so help me God.



JOSE ALFREDO KLUGE
NOTARY PUBLIC
In and for the State of Texas
My commission expires
02-09-2013

MICHAEL LARA                1/7/2013

Sworn to and subscribed before me, this 7 day of January 2013.

JUDGE or Notary Public

# DEPUTATION & OATH OF OFFICE

THE STATE OF TEXAS }

COUNTY OF EL PASO }

I, Richard D. Wiles, Sheriff of the County of El Paso and the State of Texas, having full confidence in JOSE A. KLUGE of said County and State, do hereby nominate and appoint the said JOSE A. KLUGE my true and lawful deputy, in my name, place and stead, to do and perform any and all acts and things pertaining to the office of said Deputy Sheriff of said County and State, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue hereof.

Witness my hand this ___ day of January 2013.

> JAMES PATRICK BELKNAP, JR.
> NOTARY PUBLIC
> In and for the State of Texas
> My commission expires
> 04-26-2016

_____
Sheriff of El Paso County, Texas

Sworn to and subscribed before me, this ___ day of January 2013.

_____
JUDGE or Notary Public

I, JOSE A. KLUGE, do solemnly swear (or affirm) that I have not directly nor indirectly paid, offered, or _____ promised to pay, contributed nor promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.

_____          01/02/2013
JOSE A. KLUGE                         Date

I, JOSE A. KLUGE, do solemnly swear (affirm) that I will execute the duties of Deputy Sheriff of the State of Texas, and will do the best of my ability to preserve, protect and defend the Constitution and laws of the United States and of this State, so help me God.

> JAMES PATRICK BELKNAP, JR.
> NOTARY PUBLIC
> In and for the State of Texas
> My commission expires
> 04-26-2016

_____
JOSE A. KLUGE

Sworn to and subscribed before me, this ___ day of January 2013.

_____
JUDGE or Notary Public

# DEPUTATION & OATH OF OFFICE

THE STATE OF TEXAS }

COUNTY OF EL PASO }

I, Richard D. Wiles, Sheriff of the County of El Paso and the State of Texas, having full confidence in OSCAR MARTINEZ of said County and State, do hereby nominate and appoint the said OSCAR MARTINEZ my true and lawful deputy, in my name, place and stead, to do and perform any and all acts and things pertaining to the office of said Deputy Sheriff of said County and State, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue hereof.

Witness my hand this _l_ day of January 2013.

_____
Sheriff of El Paso County, Texas

Sworn to and subscribed before me this _____ day of January 2013.

JAMES PATRICK BELKNAP, JR.
NOTARY PUBLIC
In and for the State of Texas
My commission expires
04-26-2016

_____
JUDGE or Notary Public

I, OSCAR MARTINEZ, do solemnly swear (or affirm) that I have not directly nor indirectly paid, offered, or                    promised to pay, contributed nor promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.

_____          01-01-13
**OSCAR MARTINEZ**          Date

I, OSCAR MARTINEZ, do solemnly swear (affirm) that I will execute the duties of Deputy Sheriff of the State of Texas, and will do the best of my ability to preserve, protect and defend the Constitution and laws of the United States and of this State, so help me God.

_____
**OSCAR MARTINEZ**

Sworn to and subscribed before me, this _____ day of January 2013.

_____
JUDGE or Notary Public

*Dedicated to Outstanding Customer Service for a Better Community*



**SERVICE    SOLUTIONS    SUCCESS**

**6/24/2013**

**VIA Regular Mail:**

Ms. Noemi Franco
1141 Boundary St.
Anthony NM 88021

> RE: *Open Records Request* # W000272-062413 –
> **I am requesting the Oath of Office for:    1. Jose Kluge - Sheriff's**
> **Department   2. Mike Lara - Sheriff's Department   3. Oscar**
> **Martinez - Sheriff's Department**

Dear Ms. Noemi Franco:

Your request, submitted , has been forwarded to me and is being treated as a
request for records under the Texas Public Information Act (Tex. Gov't Code
Ann. §552.001 *et seq.*).  You requested the following information:

> *"...I am requesting the Oath of Office for:    1. Jose Kluge - Sheriff's*
> *Department   2. Mike Lara - Sheriff's Department   3. Oscar Martinez*
> *- Sheriff's Department."*

Please be advised that I have been informed that there are no responsive
documents pertaining to your request.  As no responsive documents have been
located, there is no charge associated with this response and this matter will be
considered closed.

Sincerely,

*Irma Marie Lopez*

Irma Marie Lopez
Public Records Coordinator
Communications and Public Affairs
(915) 541-4265
(915) 541-4866 (Fax)
OpenRecords@elpasotexas.gov

**Mayor**
John F. Cook

**City Council**

*District 1*
Ann Morgan Lilly

*District 2*
Susie Byrd

*District 3*
Emma Acosta

*District 4*
Carl L. Robinson

*District 5*
Dr. Michiel R. Noe

*District 6*
Eddie Holguin Jr.

*District 7*
Steve Ortega

*District 8*
Cortney C. Niland

**City Manager**
Joyce A. Wilson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "*H*"**

SHERIFF'S 132-61a (Revised 10.26.2007)

**EL PASO COUNTY SHERIFF'S DEPARTMENT**
**PROPERTY RECEIPT**

ITEM NUMBER

TIME: _1041_ am pm

DATE: _07-05-13_

CASE #: _2013_

Property received from _Noel. O. Martinez #1108_

Property Office Use

(Print Name)          (Address)          (Phone)

| ITEM | DESCRIPTION OF PROPERTY (One item per line) | SERIAL NUMBER |
|------|---------------------------------------------|---------------|
| 1 | brown Michael Kors purse | |
| 2 | various paper work | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Above items of property received by _Noemi Franco_

(Print Name)          (Signature)

Property Custodian receiving items: _Noemi Franco_

(Signature)

BADGE NO.

_07-05-13_

(Date)

# Referral Authorization

**WESTWIND MEDICAL ASSOCIATES, P.A.**
6604 Westwind Dr
Phone: (915)845-4600   Fax: (915)845-4602

## Patient Information

| | | | |
|---|---|---|---|
| Patient: | Noemi Franco | Phone: | (925)525-5004 |
| Patient DOB: | 09/28/1959 | | |
| Provider: | MINA HAIDARIAN | | |
| Insurance: | MEDICARE/TRAILBLAZER HEALTH ENTE | Insurance Phone: | (888)355-9165 |
| Group No. | None | Policy #: | 459575954A |
| Guarantor: | Noemi Franco | Relation To Guarantor: | Self |

## Referral Information

| | | | |
|---|---|---|---|
| PCP/Referring Physician: | MINA HAIDARIAN | Specialty: | Family Practice |
| Phone: | (915)845-4600 | | |
| Specialist #1: | Elizabeth Richeson | Specialty: | Psychiatry |
| Phone: | (915)584-3636 | | |
| Specialist #2: | | Specialty: | |
| Phone: | | | |
| Authorization #: | | Referral #: | |
| Approved Visits: | | Remaining: | |
| Start Date: | | End Date: | |
| Allowed Amount: | | Remaining: | |
| Comment: | | | |

## ICD

| ICD Code | ICD Description |
|---|---|
| 300.00 | Anxiety state, unspecified |

## CPT

| From CPT Code | From CPT Description | To CPT code | To CPT Description |
|---|---|---|---|
| | | | |

Additional Notes: _____

Referral Received (Circle):   Automated   Verbal   Spoke with _____

Patient Informed: ___ Date: _____ Time: _____

Referral Sent to Treating Office: Method: _____ Date: _____ Time: _____

© 2009 Quest Diagnostics Incorporated. All rights reserved. SC2X : 149700.